ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
STEPHEN J. ODDO (174828)
soddo@robbinsllp.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff Carole Butcher

[Additional Counsel on Signature Page.]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE INOGEN, INC. DERIVATIVE LITIGATION | Lead Case No. CV 19-5568-FMO (AGRx) |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Judge: Fernando M. Olguin<br>Courtroom: 6D |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Twana Brown, Haitham Saeed, Carole Butcher, and John Mitchell (collectively, "Plaintiffs"), hereby voluntarily dismiss, without prejudice, all claims and causes of action against defendants in this action. No defendant has filed or served an answer or a motion for summary judgment. Notice of the voluntary dismissal to stockholders (*see* Federal Rules of Civil Procedure Rule 23.1(c)) is not required here because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration for the dismissal; and (iv) the dismissal is without prejudice. Plaintiffs and Inogen, Inc. stockholders are not precluded from bringing the same or a similar action in the future and/or pursuing claims already filed. The parties agree that each party shall bear their own fees and costs.

Dated: November 10, 2021

ROBBINS LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO

/s/ Stephen J. Oddo
STEPHEN J. ODDO

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
soddo@robbinsllp.com

*Counsel for Plaintiff Carole Butcher*

Dated: November 10, 2021

THE ROSEN LAW FIRM, P.A.

/s/ Laurence M. Rosen
LAURENCE M. ROSEN
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
E-mail: lrosen@rosenlegal.com

THE BROWN LAW FIRM, P.C.

Case 2:19-cv-05568-FMO-AGR Document 24 Filed 11/10/21 Page 3 of 5 Page ID #:150

|  |  |
|---|---|
| | Timothy Brown<br>240 Townsend Square<br>Oyster Bay, NY 11771<br>Telephone: (516) 922-5427<br>Facsimile: (516) 344-6204<br>Email: tbrown@thebrownlawfirm.net |
| | *Counsel for Plaintiff Twana Brown* |
| Dated: November 10, 2021 | THE ROSEN LAW FIRM, P.A.<br><br>/s/ Laurence M. Rosen<br>LAURENCE M. ROSEN<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>E-mail: lrosen@rosenlegal.com |
| | *Counsel for Plaintiff Haitham Saeed* |
| Dated: November 10, 2021 | BRAGAR EAGEL & SQUIRE, P.C.<br><br>/s/ W. Scott Holleman<br>W. SCOTT HOLLEMAN<br>MARION C. PASSMORE<br>101 California Street, Suite 2710<br>San Francisco, CA 94111<br>Telephone: (415) 5365-7149<br>E-mail: holleman@bespc.com<br>passmore@bespc.com |
| | *Counsel for Plaintiff John Mitchell* |

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

Dated: November 10, 2021         ROBBINS LLP

/s/ Stephen J. Oddo
STEPHEN J. ODDO

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
soddo@robbinsllp.com

*Counsel for Plaintiff Carole Butcher*

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, a copy of the foregoing Plaintiffs' Notice of Voluntary Dismissal without Prejudice was electronically filed with the Clerk of Court.

Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

ROBBINS LLP

/s/ Stephen J. Oddo
STEPHEN J. ODDO

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: soddo@robbinsllp.com

*Counsel for Plaintiff Carole Butcher*

1548667